KORNELI KOLCZYNSKI, Appellant, *v.* FREDERICK S. GREENE, as Superintendent of Public Works of the State of New York, et al., Respondents.

Argued April 5, 1939; decided April 21, 1939.

*Toivo H. Nekton* and *B. Elliot Burston* for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Warren H. Gilman* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.